NATHAN LEVINE, Respondent, v. MORRIS BOLNIK and NATHAN MENDELSON, Appellants.— Judgment and order of the City Court of New Rochelle reversed and complaint dismissed as to defendant Mendelson, without costs, but unanimously affirmed as to defendant Bolnik, with costs. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

JOHN McNULTY, an Infant, by LUCY McNULTY, His Guardian ad Litem, Respondent, v. WILLETT I. WAGNER, by WILLETT L. WAGNER, His Guardian ad Litem, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed upon reargument, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.  [See 193 App. Div. 903; 196 id. 903.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY GOLD, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADELINE PALMER, Appellant, v. HARRY WOLKOFF, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ., concur.

ELON S. ROGERS, Respondent, v. LOTTIE REMSEN SNODGRASS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.

EMIL J. STEHLI, Appellant, v. TOWN OF OYSTER BAY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Although there might have been sufficient ground for permitting defendant to withdraw the concession on a timely motion for that relief, and without passing on the importance of the change in the record, we think plaintiff is entitled to have the appeal heard upon the record exactly as it was before the trial court when the judgment was rendered. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.